```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 02203
   DEAN ALSUP
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-9745
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/20/04 and confirmed on 03/10/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23820.76 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 18434.03 | .00 | 18434.03 |
| HEAVNER HANDEGAN & SCOTT | NOTICE ONLY | NOT FILED | .00 | .00 |
| SILVERLEAF RESORTS | UNSECURED | NOT FILED | .00 | .00 |
| HUPP LANUTI MARTIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERITECH PAGING | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT SERVICE | UNSECURED | 1110.05 | .00 | 1110.05 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| QUICK PLUMBING | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 1182.00 | .00 | 1182.00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18434.03 | .00 | 2292.05 | .00 | 20726.08 |
| PRINCIPAL PAID | 18434.03 | .00 | 2292.05 | .00 | 20726.08 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 18434.03 | .00 | 2292.05 | .00 | 20726.08 |

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   2600.00
and was paid $    600.00  direct and $   2000.00  through the plan.

The Trustee received $   1094.68 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 07/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 04 B 02203 DEAN ALSUP